**ADAM L. ROSEN PLLC**
1051 Port Washington Blvd.
PO Box 552
Port Washington, NY 11050
(516) 407-3756
adam.rosen@alrcounsel.com
Attorney for Alan A. Pardee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: MERCURY CAPITAL ADVISORS GROUP GP, LLC,<br><br>      Debtor | Chapter 7<br>Case No. 24-12326 (DSJ) |
| In re: MERCURY CAPITAL ADVISORS GROUP, LP,<br><br>      Debtor | Chapter 7<br>Case No. 24-12327 (DSJ) |
| In re: MERCURY CAPITAL ADVISORS, LLC,<br><br>      Debtor | Chapter 7<br>Case No. 24-12328 (DSJ) |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)**
**AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002**
**AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**PLEASE TAKE NOTICE,** that Adam L. Rosen of Adam L. Rosen PLLC, counsel to creditor and party in interest Alan A. Pardee, files this Notice of Appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and requests that he receive copies of all pleadings filed or noticed by any party in the above cases pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a). Copies may be sent by email as follows:

Adam L. Rosen PLLC
1051 Port Washington Blvd.
PO Box 552
Port Washington, NY 11050
(516) 407-3756
adam.rosen@alrcounsel.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, overnight delivery service, hand delivery, email or otherwise.

Dated: Port Washington, New York
January 6, 2025

**ADAM L. ROSEN PLLC**

By: /s/Adam L. Rosen
Adam L. Rosen
1051 Port Washington Blvd.
PO Box 552
Port Washington, NY 11050
(516) 407-3756
adam.rosen@alrcounsel.com

*Attorney for Alan A. Pardee*