**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
David McGrail, Esq.
Veronique Urban, Esq.
Phone: (646) 285-8476
dmcgrail@mcgrailbensinger.com
vurban@mcgrailbensinger.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| MERCURY CAPITAL ADVISORS GROUP GP, LLC, | ) ) ) ) | Case No.: 24-12326 (DSJ) |
| Debtor. | ) ) ) |  |

# NOTICE OF AMENDMENT TO OFFICIAL FORM 206SUM AND SCHEDULE E/F OF DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES

Debtor Mercury Capital Advisors Group GP, LLC hereby files this notice of amendment to Official Form 206Sum and Schedule E/F of its Schedules of Asset and Liabilities, filed on December 27, 2024 [ECF No. 4], pursuant to Federal Rule of Bankruptcy Procedure 1007, and states as follows:

Official Form 206Sum Part 2, Summary of Liabilities, is amended to revise the following amounts:

| | |
|---|---:|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)<br>• **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $0.00 |
| • **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | $1,708,749.00 |
| 4. Total liabilities<br>  Lines 2 + 3a + 3b | $1,708,749.00 |

Schedule E/F Part 2 is amended to add the following nonpriority creditors:

| 3.2 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Bonnie Jin<br>148 E. 24th Street<br>Apt. 14B<br>New York, NY 10010 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $45,000.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.3 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Cynthia Ho<br>245 Manhattan Avenue<br>Unit 4B<br>Brooklyn, NY 11211 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $213,333.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.4 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Jeffrey S. Davis<br>542 Lake Avenue<br>Greenwich, CT 06830 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | Unknown<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.5 | |
|---|---|
| Nonpriority creditor's name and mailing address: | John Franklin<br>2 Wago Avenue<br>Armonk, NY 10504 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is:<br>Check all that apply. | $1,166,666.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.6 | |
|---|---|
| Nonpriority creditor's name and mailing address: | John Marsh<br>7155 Whittlebury Trail<br>Bradenton, FL 34202 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is:<br>Check all that apply. | $8,750.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.7 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Justin M. Garrod<br>38 Lafayette Drive<br>Livingston, NJ 07039 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is:<br>Check all that apply. | $25,000.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.8 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Kelly Gardner<br>304 E. 65th Street<br>Apt. 30C<br>New York, NY 10065 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $175,000.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.9 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Michael Dunham<br>98 Somerset Drive<br>Avon, CT 06001 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | Unknown<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Consulting Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.10 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Michael Graver<br>2800 Neilson Way<br>Apt. 610<br>Santa Monica, CA 90405-4034 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $40,833.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.11 | |
|---|---|

| | |
|---|---|
| Nonpriority creditor's name and mailing address: | Vik Salh<br>303 Wythe Avenue<br>Apt. 202<br>Brooklyn, NY 11249 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $34,167.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

## Declaration Under Penalty of Perjury

       I, John Franklin, managing partner of Mercury Capital Advisors Group GP, LLC, declare under penalty of perjury, that I have read the foregoing Notice of Amendment to Official Form 206Sum and Schedule E/F of Debtor's Schedules of Asset and Liabilities and that it is true and correct to the best of my knowledge, information, and belief.

Date:   January 9, 2025

                                        By:     <u>s/ John Franklin</u>
                                                     Name: John Franklin
                                                     Managing Partner
                                                     Mercury Capital Advisors Group GP, LLC