UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MERCURY CAPITAL ADVISORS GROUP GP, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12326-DSJ |
| In re<br><br>MERCURY CAPITAL ADVISORS GROUP, LP,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12327-DSJ |
| In re<br><br>MERCURY CAPITAL ADVISORS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12328-DSJ |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2025, I caused a true copy of the *Trustee's Objection to Motion of Alan A. Pardee for Order Modifying Automatic Stay to Permit Continuation of State Court Action to Pursue Insurance Proceeds* to be served via electronic transmission upon all parties receiving ECF notifications and the following parties:

Counsel for Pardee, Adam L. Rosen, Esq.,
adam.rosen@alrcounsel.com

Counsel to the Debtors, David C. McGrail, Esq. and Veronique Urban, Esq.,
dmcgrail@mcgrailbensinger.com
vurban@mcgrailbensinger.com

Annie Wells, Trial Attorney, Office of the United States Trustee
Annie.Wells@usdoj.gov

*/s/ Yann Geron*

Yann Geron, Esq.
GERON LEGAL ADVISORS LLC
Counsel to Trustee
370 Lexington Avenue, Suite 1208
New York, New York 10017
(646) 560-3224