**GIBSON, DUNN & CRUTCHER LLP**
Matthew J. Williams
Katharine E. Scott
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
MJWilliams@gibsondunn.com
KScott@gibsondunn.com

*Counsel to IVC Hermes Holdings, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

MERCURY CAPITAL ADVISORS GROUP
GP, LLC,

              Debtor.

-------------------------------------------------------x

Chapter. 7

Case No. 24-12326 (DSJ)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007, and 9010 of the Federal

Rules of Bankruptcy Procedure, the attorney listed below hereby enters an appearance on behalf

of IVC Hermes Holdings, Inc. in the above-captioned case and requests that all notices given or

required to be given in this case and all papers served or required to be served in this case be

given to and served upon the undersigned at the following office address, telephone number, and

e-mail address:

**Matthew J. Williams**
**Katharine E. Scott**
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
E-mail: MJWilliams@gibsondunn.com
KScott@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or otherwise, made by any party or otherwise related to this case.

Dated: New York, New York
　　　　July 22, 2025

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: */s/ Matthew J. Williams*
　　　　　　　　　　　　　　　　　　Matthew J. Williams
　　　　　　　　　　　　　　　　　　Katharine E. Scott
　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10166-0193
　　　　　　　　　　　　　　　　　　Telephone: (212) 351-4000
　　　　　　　　　　　　　　　　　　E-mail: MJWilliams@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　　　KScott@gibsondunn.com

　　　　　　　　　　　　　　　　*Attorney for IVC Hermes Holdings, Inc.*