# Notice Recipients

District/Off: 0208−1  User: admin  Date Created: 10/07/2025
Case: 24−12326−dsj  Form ID: pdn  Total: 36

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　USTPRegion02.NYECF@USDOJ.GOV
aty　　David C. McGrail　　dmcgrail@mcgrailbensinger.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Mercury Capital Advisors Group GP, LLC　　280 Park Avenue　　36th Floor　　New York, NY 10017
tr　　Yann Geron　　Yann Geron　　Geron Legal Advisors LLC　　370 Lexington Avenue　　Suite 1208　　New York, NY 10017
aty　　Yann Geron　　Yann Geron　　Geron Legal Advisors LLC　　370 Lexington Avenue　　Suite 1208　　New York, NY 10017
smg　　New York State Tax Commission　　Bankruptcy/Special Procedures Section　　P.O. Box 5300　　Albany, NY 12205−0300
smg　　United States Attorney's Office　　Southern District of New York　　Attention: Tax & Bankruptcy Unit　　86 Chambers Street, Third Floor　　New York, NY 10007
smg　　N.Y. State Unemployment Insurance Fund　　P.O. Box 551　　Albany, NY 12201−0551
8534170　　Alan A. Pardee　　c/o Adam L. Rosen PLLC　　1051 Port Washington Blvd.　　PO Box 552 Port Washington, NY 11050
8528178　　American Express Travel Related Services　　18850 N. 56th St.　　Phoenix, AZ 85054
8528179　　Andrew Osofsky　　25 Broad Street, Apt 10N　　New York, NY 10004
8544321　　BDO USA, P.C.　　ATTN: JARED SCHIERBAUM　　4250 LANCASTER PIKE　　SUITE 120　　WILMINGTON, DE 19805
8528180　　Bonnie Jin　　148 E. 24th St., Apt. 14B　　New York, NY 10010
8528181　　CSC Global　　251 Little Falls Drive　　Wilmington, DE 19808−1674
8528189　　Cerasia Law LLC　　Attn: Edward Cerasia II　　One Liberty Plaza　　165 Broadway, 23rd Floor　　New York, NY 10006
8528182　　Cynthia Ho　　245 Manhattan Ave.　　Unite 4B　　Brooklyn, NY 11211
8528184　　DISA Global Solutions, Inc.　　P.O. Box 737769　　Dallas, TX 75373−7769
8528183　　Delaware Department of Finance　　Carvel State Office Building,　　820 N. French St., 8th Floor　　Wilmington, DE 19801
8528188　　Delaware Division of Revenue　　Attn: Bankruptcy Administrator　　Carvel State Building 820 N. French St.　　Wilmington, DE 19801
8599230　　GIBSON, DUNN & CRUTCHER LLP　　Katharine E. Scott　　200 Park Avenue　　New York, NY 10166−0193　　E−mail: KScott@gibsondunn.com
8599229　　GIBSON, DUNN & CRUTCHER LLP　　Matthew J. Williams　　200 Park Avenue　　New York, NY 10166−0193　　E−mail: MJWilliams@gibsondunn.com
8528185　　Internal Revenue Service　　Centralized Insolvency Operation　　P.O. Box 7346　　Philadelphia, PA 19101−7346
8528186　　Intuit Inc.　　2800 E. Commerce Center Place　　Tucson, AZ 85706
8528187　　Investcorp International Inc.　　280 Park Avenue, 36th Floor　　New York, NY 10017
8528200　　Jeffrey S. Davis　　542 Lake Avenue　　Greenwich, CT 06830
8528190　　John Franklin　　2 Wago Ave.　　Armonk, NY 10504
8528191　　John Marsh　　7155 Whittlebury Trail　　Bradenton, FL 34202
8528192　　Justin M. Garrod　　38 Lafayette Drive　　Livingston, NJ 07039
8528193　　Kelly Gardner　　304 E. 65th Street, 30C　　New York, NY 10065
8528194　　Mandel Bhandari LLP　　Attn: Robert Glunt　　80 Pine Street, 33rd Floor　　New York, NY 10005
8528195　　Michael Dunham　　98 Somerset Drive　　Avon, CT 06001
8528196　　Michael Graver　　2800 Neilson Way　　Apt. 610　　Santa Monica, CA 90405−4034
8528197　　NYS Department of Finance and Taxation　　Bankruptcy Section,　　P.O. Box 5300　　Albany, NY 12205
8570144　　Richard Fleischman & Associates, Inc.　　c/o John M. August, Esq.　　Saiber LLC　　18 Columbia Turnpike, Suite 200　　Florham Park, New Jersey 07932
8528198　　TriNet Group, Inc.　　One Park Place, Suite 600　　Dublin, CA 94568
8528199　　Vik Salh　　303 Wythe Ave.　　Apt. 202　　Brooklyn, NY 11249

TOTAL: 34