# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Mercury Capital Advisors Group GP, LLC | CASE NO.: 24−12326−dsj |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 80−0472073 | CHAPTER: 7 |
| | TRUSTEE: |
| | Yann Geron<br>Yann Geron<br>Geron Legal Advisors LLC<br>370 Lexington Avenue<br>Suite 1208<br>New York, NY 10017 |
| | Telephone: 646−560−3224 |

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before January 9, 2026.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.

Dated: October 7, 2025            Vito Genna
                                  Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                        Case No. 24-12326-dsj
Mercury Capital Advisors Group GP, LLC                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1                                        User: admin                                          Page 1 of 3
Date Rcvd: Oct 08, 2025                               Form ID: pdn                                       Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mercury Capital Advisors Group GP, LLC, 280 Park Avenue, 36th Floor, New York, NY 10017-1285 |
| 8534170 | + | Alan A. Pardee, c/o Adam L. Rosen PLLC, 1051 Port Washington Blvd., PO Box 552 Port Washington, NY 11050-0101 |
| 8528178 | + | American Express Travel Related Services, 18850 N. 56th St., Phoenix, AZ 85054-4500 |
| 8528179 | + | Andrew Osofsky, 25 Broad Street, Apt 10N, New York, NY 10004-2523 |
| 8528180 | + | Bonnie Jin, 148 E. 24th St., Apt. 14B, New York, NY 10010-3877 |
| 8528189 | + | Cerasia Law LLC, Attn: Edward Cerasia II, One Liberty Plaza, 165 Broadway, 23rd Floor, New York, NY 10006-1452 |
| 8528182 | + | Cynthia Ho, 245 Manhattan Ave., Unite 4B, Brooklyn, NY 11211-5081 |
| 8528184 | | DISA Global Solutions, Inc., P.O. Box 737769, Dallas, TX 75373-7769 |
| 8528188 | | Delaware Division of Revenue, Attn: Bankruptcy Administrator, Carvel State Building 820 N. French St., Wilmington, DE 19801 |
| 8599230 | + | GIBSON, DUNN & CRUTCHER LLP, Katharine E. Scott, 200 Park Avenue, New York, NY 10166-0193, E-mail: KScott@gibsondunn.com 10166-0005 |
| 8599229 | + | GIBSON, DUNN & CRUTCHER LLP, Matthew J. Williams, 200 Park Avenue, New York, NY 10166-0193, E-mail: MJWilliams@gibsondunn.com 10166-0005 |
| 8528187 | + | Investcorp International Inc., 280 Park Avenue, 36th Floor, New York, NY 10017-1285 |
| 8528200 | + | Jeffrey S. Davis, 542 Lake Avenue, Greenwich, CT 06830-3852 |
| 8528190 | + | John Franklin, 2 Wago Ave., Armonk, NY 10504-1446 |
| 8528191 | + | John Marsh, 7155 Whittlebury Trail, Bradenton, FL 34202-2171 |
| 8528192 | + | Justin M. Garrod, 38 Lafayette Drive, Livingston, NJ 07039-3411 |
| 8528193 | + | Kelly Gardner, 304 E. 65th Street, 30C, New York, NY 10065-6785 |
| 8528194 | + | Mandel Bhandari LLP, Attn: Robert Glunt, 80 Pine Street, 33rd Floor, New York, NY 10005-1744 |
| 8528195 | + | Michael Dunham, 98 Somerset Drive, Avon, CT 06001-3012 |
| 8528196 | # | Michael Graver, 2800 Neilson Way, Apt. 610, Santa Monica, CA 90405-4034 |
| 8570144 | + | Richard Fleischman & Associates, Inc., c/o John M. August, Esq., Saiber LLC, 18 Columbia Turnpike, Suite 200, Florham Park, New Jersey 07932-2266 |
| 8528198 | + | TriNet Group, Inc., One Park Place, Suite 600, Dublin, CA 94568-7985 |
| 8528199 | | Vik Salh, 303 Wythe Ave., Apt. 202, Brooklyn, NY 11249 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QYGERON.COM | Oct 08 2025 23:14:00 | Yann Geron, Yann Geron, Geron Legal Advisors LLC, 370 Lexington Avenue, Suite 1208, New York, NY 10017-6584 |
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Oct 08 2025 19:10:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 08 2025 19:10:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Oct 08 2025 19:10:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8544321 | | Email/Text: BankruptcyNotices@BDO.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Oct 08 2025 19:10:00 | BDO USA, P.C., ATTN: JARED SCHIERBAUM, 4250 LANCASTER PIKE, SUITE 120, WILMINGTON, DE 19805 |
| 8528181 | Email/Text: CSCBNC@cscglobal.com | Oct 08 2025 19:10:00 | CSC Global, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 8528183 + | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 08 2025 19:10:00 | Delaware Department of Finance, Carvel State Office Building,, 820 N. French St., 8th Floor, Wilmington, DE 19801-3509 |
| 8528186 | Email/Text: payroll_bankruptcy@intuit.com | Oct 08 2025 19:10:00 | Intuit Inc., 2800 E. Commerce Center Place, Tucson, AZ 85706 |
| 8528185 | EDI: IRS.COM | Oct 08 2025 23:14:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8528197 + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 08 2025 19:10:00 | NYS Department of Finance and Taxation, Bankruptcy Section,, P.O. Box 5300, Albany, NY 12205-0300 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Yann Geron, Yann Geron, Geron Legal Advisors LLC, 370 Lexington Avenue, Suite 1208, New York, NY 10017-6584 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Rosen | on behalf of Creditor Alan Pardee adam.rosen@alrcounsel.com |
| David C. McGrail | on behalf of Debtor Mercury Capital Advisors Group LP dmcgrail@mcgrailbensinger.com |
| David C. McGrail | on behalf of Debtor Mercury Capital Advisors LLC dmcgrail@mcgrailbensinger.com |
| David C. McGrail | on behalf of Debtor Mercury Capital Advisors Group GP LLC dmcgrail@mcgrailbensinger.com |
| John M. August | on behalf of Creditor Richard Fleischman & Associates Inc. jaugust@saiber.com, rtucker@saiber.com |
| Matthew Williams | |

| | |
| --- | --- |
| | on behalf of Interested Party IVC Hermes Holdings Inc. mjwilliams@gibsondunn.com, amoskowitz@gibsondunn.com;MKarlan@gibsondunn.com;jconte@gibsondunn.com;KScott@gibsondunn.com;mjackson@gibsondunn.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Yann Geron | ygeron@geronlegaladvisors.com<br>ygeronnys@ecf.axosfs.com;jlitos@geronlegaladvisors.com;asuffern@axosfs.com;ygeron@geronlegaladvisors.com;nsantucci@geronlegaladvisors.com;adreher@geronlegaladvisors.com;aurquides@geronlegaladvisors.com |
| Yann Geron | on behalf of Trustee Yann Geron ygeron@geronlegaladvisors.com<br>ygeronnys@ecf.axosfs.com;jlitos@geronlegaladvisors.com;asuffern@axosfs.com;ygeron@geronlegaladvisors.com;nsantucci@geronlegaladvisors.com;adreher@geronlegaladvisors.com;aurquides@geronlegaladvisors.com |

TOTAL: 9