<u>**EXHIBIT 1**</u>
**FRBP 2004 Topics and Document Requests**

<u>**DEFINITIONS**</u>

"Investcorp" means Investcorp International, Inc. and any of its direct or indirect subsidiaries other than the Debtors.

"Debtors" means Mercury Capital Advisors Group, LP, Mercury Capital Advisors Group GP, LLC and Mercury Capital Advisors, LLC.

"Receivables Purchase Agreement" means the Receivables Purchase Agreement between Investcorp as purchaser and Mercury Capital Advisors, LLC as seller, dated February 25, 2021 as amended from time to time.

"WestCap" means WestCap Management, LLC and its manager, officers, employees and agents.

"WestCap Contract" means the contract between Mercury Capital Advisors, LLC and WestCap dated March 19, 2019.

<u>**INSTRUCTIONS**</u>

In accordance with Local Rule 2004-1, the uniform definitions and rules of construction from Local Civil Rule 26.3 apply to these requests.

Unless otherwise specifically stated, the temporal scope of these requests is December 14, 2020-December 14, 2024, whether the documents were prepared during that period or refer to that period.

<u>**DOCUMENT REQUESTS**</u>

1.	All documents and communications concerning receivables or invoices sold or transferred by any of the Debtors to Investcorp, including documents concerning the selection of invoices sold or transferred to Investcorp, the negotiation of the purchase price for each such sale

or transfer, the valuation of each invoice sold or transferred, payments made by or to any of the Debtors in relation to any such transactions, including bank statements, wire transfer records, ACH records and ledger/journal entries, and the Receivables Purchase Agreement or transactions consummated thereunder, including Schedules C and D for each transaction.

2. The operating agreement of Mercury Capital Advisors, LLC and Mercury Capital Advisors Group GP, LLC.

3. The partnership agreement of Mercury Capital Advisors Group, LP.

4. The Debtors' bylaws.

5. The Debtors' and Investcorp's code of ethics or conduct, corporate governance guidelines or similar documents governing actual or potential conflicts of interest.

6. All documents and communications concerning the WestCap Contract, including invoices, payment confirmations, fee calculations, and communications with WestCap.

7. All documents and communications concerning the determination to commence the Debtors' bankruptcy cases.

8. All documents concerning bankruptcy alternatives considered by the Debtors.

9. All documents concerning valuation of the Debtors, including Investcorp's equity interests in the Debtors.

10. All documents concerning placement or participation fees earned by the Debtors that were collected or received by Investcorp at any time.

11. All documents and communications related to the Debtors and Investcorp's international affiliates.

12. All minutes of meetings of the Debtors' management or board of directors.

13. All minutes of meetings of Investcorp's board of directors concerning any of the Debtors.

14. All documents and communications related to the Debtors' employment of any Investcorp employee, including under secondment arrangements.

15. All documents and communications related to Investcorp's employment of any of the Debtors' employees, including under secondment arrangements.

16. All documents concerning services Investcorp officers and employees including Gabriel Mairzadeh provided for the Debtors.

17. All financial statements concerning the Debtors, whether audited or unaudited, covering the 2020-2024 fiscal years.

18. All communications of all persons (whether or not seconded to/by Investcorp) that maintained @investcorp.com and @mercurycapital.com email addresses.

19. All documents stored on the Smarsh online platform concerning any of the Debtors. In lieu of the foregoing you may provide login credentials to access Debtor documents on the Smarsh online platform.

20. Documents concerning Investcorp's document retention policy or protocol concerning the Debtors' documents.

### FRBP 2004 TOPICS

1. All transactions between Investcorp and any of the Debtors, including transactions whereby receivables or invoices of the Debtors were sold or transferred to Investcorp or collected by Investcorp.

2. Corporate governance of the Debtors.

3. The WestCap Contract.

4. The commencement of the Debtors' bankruptcy cases including the reasons therefor and bankruptcy alternatives considered.

5. Valuation of Investcorp's equity interests in the Debtors or the Debtors' receivables or invoices.

6. The Debtors' financial statements.

7. Placement or participation fees earned by the Debtors that were collected or received by Investcorp at any time.

8. The Debtors' and Investcorp's international affiliates.

9. The Debtors' employment of any Investcorp employee, including under secondment arrangements.

10. Investcorp's employment of any of the Debtors' employees, including under secondment arrangements.

11. The Debtors' and Investcorp's corporate officers, including Gabriel Mairzadeh.