**GIBSON, DUNN & CRUTCHER LLP**
Mitchell A. Karlan
Adam J. Jantzi
200 Park Avenue
New York, NY 10166
(212) 351-4000 (Tel)
(212) 351-4035 (Fax)
mkarlan@gibsondunn.com
ajantzi@gibsondunn.com

*Counsel for Investcorp International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MERCURY CAPITAL ADVISORS GROUP GP, LLC,<br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-12326 (DSJ) |
| In re:<br>MERCURY CAPITAL ADVISORS GROUP, LP,<br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-12327 (DSJ) |
| In re:<br>MERCURY CAPITAL ADVISORS, LLC,<br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-12328 (DSJ) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE THAT** the undersigned counsel ("Counsel") appears as counsel in the above-captioned cases on behalf of Investcorp International, Inc. ("Investcorp"), and pursuant to Rules 2002, 9007 and 9010 and sections 102(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 342 of title 11 of the United States Code (the "Bankruptcy Code"), requests that Counsel's name be added to the mailing list maintained by the Clerk in these cases, and that all notices given or required to be given in this case or any related adversary proceeding, be given to and served upon Counsel at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is also hereby made for service of copies of all papers, including but not limited to all notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and all reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers, whether formal or informal filed in this case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

> GIBSON, DUNN & CRUTCHER LLP
> Mitchell A. Karlan
> Adam J. Jantzi
> 200 Park Avenue
> New York, NY 10166
> (212) 351-4000 (Tel)
> (212) 351-4035 (Fax)
> mkarlan@gibsondunn.com
> ajantzi@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any former or later pleading, claim or suit shall waive or be deemed or construed to waive any right of Investcorp, including without limitation its right (i) to have final orders in non-core matters entered only after de novo review by a higher court, (ii) to trial by jury in any proceeding or matter in this case, or any case, controversy or proceeding related to this case, whether or not the same be designated legal or private rights, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, and/or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Investcorp is or may be entitled under agreements, in law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and preserved unto Investcorp without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: June 29, 2026
     New York, New York

Respectfully submitted,
GIBSON, DUNN & CRUTCHER LLP

/s/ *Mitchell A. Karlan*
Mitchell A. Karlan
Adam J. Jantzi
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
mkarlan@gibsondunn.com
ajantzi@gibsondunn.com

*Counsel to Investcorp International, Inc.*