Avery Samet
Jeffrey Chubak
Ariel Moore
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
amoore@aminillc.com
Special Litigation Counsel for
Yann Geron, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MERCURY CAPITAL ADVISORS GROUP GP, LLC<br><div align="right">Debtor</div> | Chapter 7<br>Case 24-12326 (DSJ)<br>Re: ECF #50, #58 |
| In re:<br>MERCURY CAPITAL ADVISORS GROUP, LP<br><div align="right">Debtor</div> | Chapter 7<br>Case 24-12327 (DSJ) |
| In re:<br>MERCURY CAPITAL ADVISORS, LLC<br><div align="right">Debtor</div> | Chapter 7<br>Case 24-12328 (DSJ) |

<u>*THIRD AMENDED* **NOTICE OF PRESENTMENT**</u>
**re: Investcorp FRBP 2004 Application**

PLEASE TAKE NOTICE that upon the application (ECF #50) of Yann Geron, solely in his capacity as Chapter 7 trustee, to examine and obtain document discovery from Investcorp International, Inc., pursuant to FRBP 2004, the undersigned will present the proposed order annexed to the application granting such relief (ECF #50-2) to the Honorable David S. Jones, United States Bankruptcy Judge, for signature on July 31, 2026, at 12:00 p.m.

PLEASE TAKE FURTHER NOTICE unless a written objection to the proposed order is filed with the Clerk by July 30, 2026, there may not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice.  The moving and objecting parties are required to attend the hearing and failure to attend may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption and all objections.

Dated: New York, NY
      July 21, 2026

Amini LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
Ariel Moore
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
amoore@aminillc.com
Special Litigation Counsel for
Yann Geron, Chapter 7 Trustee