**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X

In re:                                                            :      Chapter 7
                                                                      :      Case No. 24-12326 (DSJ)
MERCURY CAPITAL ADVISORS GROUP              :
GP, LLC,                                                        :
      Debtor                                        :

In re:                                                            :      Chapter 7
                                                                      :      Case No. 24-12327 (DSJ)
MERCURY CAPITAL ADVISORS                           :
GROUP, LP,                                                    :
      Debtor                                        :

In re:                                                            :      Chapter 7
                                                                      :      Case No. 24-12328 (DSJ)
MERCURY CAPITAL ADVISORS, LLC,             :
      Debtor                                        :

------------------------------------------------------ X

## DECLARATION OF MITCHELL A. KARLAN IN SUPPORT OF INVESTCORP OBJECTION TO CHAPTER 7 TRUSTEE'S REQUEST FOR AN ORDER UNDER FRBP 2004 AUTHORIZING EXAMINATION OF INVESTCORP INTERNATIONAL, INC. AND PRODUCTION OF DOCUMENTS

I, MITCHELL A. KARLAN, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a partner with the law firm Gibson, Dunn & Crutcher LLP and counsel for Investcorp International, Inc. ("Investcorp") in the above-captioned matter. As such, I am fully familiar with the facts and circumstances stated herein. I submit this declaration to present the Court with the attached document in support of Investcorp's objection (the "Objection") to the Application of Yann Geron, Chapter 7 Trustee ("Trustee") For Order Pursuant To FRBP 2004 Authorizing Examination of Investcorp International, Inc. and Production of Documents (the "Motion"), which attached FRBP 2004 Topics and Document Requests (the "Requests").

2.      Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of a letter from myself to Avery Samet and Jeffrey Chubak, counsel for the Trustee, dated July 15, 2026.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
July 31, 2026

_Mitchell A. Karlan_
Mitchell A. Karlan