**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MERCURY CAPITAL ADVISORS GROUP GP, LLC<br><div align="right">Debtor</div> | Chapter 7<br>Case 24-12326 (DSJ)<br>Re: ECF #50 |
| In re:<br>MERCURY CAPITAL ADVISORS GROUP, LP<br><div align="right">Debtor</div> | Chapter 7<br>Case 24-12327 (DSJ) |
| In re:<br>MERCURY CAPITAL ADVISORS, LLC<br><div align="right">Debtor</div> | Chapter 7<br>Case 24-12328 (DSJ) |

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that on August 13, 2026, at 10:00 a.m., a hearing will be held before the Honorable David S. Jones, United States Bankruptcy Judge, on the application of Yann Geron, solely in his capacity as Chapter 7 trustee, to examine and obtain document discovery from Investcorp Internation, Inc., pursuant to FRBP 2004. The hearing will be conducted remotely via Zoom for Government.  Any person wishing to attend must register their appearance using the eCourt Appearance too, available at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl , by 4:00 p.m. the business day before the hearing.  Outlook invitations to persons who registered for remote access will be sent after 4:00 p.m. the business day before the hearing.

Dated: New York, NY
      August 3, 2026

Amini LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
Ariel Moore
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
amoore@aminillc.com
Special Litigation Counsel for
Yann Geron, Chapter 7 Trustee