

Try Premium for $0



# Gabriel S. Mairzadeh, JD, CPA, CFA ✔ · 2nd

Investment Management Attorney and Business Professional - Alternative Investments

**Gabriel has a verification. You can add one too.**   ✕

Get verified to build credibility with your network.

🛡 Verify in 2 minutes

INVESTCORP · Boston University School of Law

New York, United States  · Contact info

  **Ariel**, **Robin** and 1 other mutual connection

Connect    ✈ Message    More

## About

Seasoned investment management attorney with a unique amalgam of multidisciplinary experience in alternative investments including: legal advisory, planning, drafting and negotiations; compliance implementation and oversight; product development; due diligence; business management and investment operations.  Significant involvement in multiple corporate restructurings and integrations, including risk ...

...more

## Activity

1,305 followers

+ Follow

### Gabriel has no recent posts

Recent posts Gabriel shares will be displayed here.

Show all →

## Experience



**Principal, US General Counsel**

INVESTCORP · Full-time

2015 - Present · 11 yrs 7 mos

---



**Managing Director, General Counsel & Chief Compliance Officer**

Balestra Capital, Ltd.

2010 - 2015 · 5 yrs

Oversee and advise on all legal, regulatory and compliance matters for an SEC and CFTC registered investment adviser (hedge funds, fund of funds and separate accounts). Design, implement and… more

---



**Principal, Legal & Business Consultant**

Elite Advisory Services

2008 - 2010 · 2 yrs

Structure private investment funds and advise on legal and compliance, general business and investment operations matters for participants in the alternative investments field.

---



**BlackRock Investment Management LLC**

7 yrs 1 mo

**Director**

2006 - 2008 · 2 yrs

Oversaw business and investment operations, legal and compliance requirements, product development and restructuring, and general administrative matters for BlackRock's fund of hedge …

**Director**

2001 - 2006 · 5 yrs

Business and Product Manager for Fund of Hedge Funds Team.  Managed ongoing legal and compliance, investment operations, new product development and administrative matters for Merril… more

---



**Attorney**

Schulte Roth & Zabel

1996 - 2001 · 5 yrs

Structured and advised US and non-US private investment funds.

Show all →

Show all 9

## Education



**Boston University School of Law**

JD, Business Organizations and Finance Law Concentration

1993 – 1996

.

HONORS:... more

---



**Baruch College**

BBA, Accounting / Economics & Finance

1986 – 1990

.

HONORS:... more

## Licenses & certifications



**Investment Adviser Core Compliance Program Certificate of Achievement**

---



**Investment Adviser Certified Compliance Professional (IACCP)**

## Skills (33)

### Hedge Funds

 Endorsed by Robin Mokhtar,  CPA, CGMA and 4 others who are highly skilled at this

 Endorsed by Robin Mokhtar,  CPA, CGMA (mutual connection)

 39 endorsements

---

### Alternative Investments

 Endorsed by Ed Hannon, CFA and 1 other who is highly skilled at this

 Endorsed by Robin Mokhtar,  CPA, CGMA (mutual connection)



👥 **32 endorsements**

Show all →

## Recommendations

Received (13)    ( Given (3) )

 **Vivek Kishore Hemdev** in · 3rd
Strategic Program Lead | Managing Principal | GenAI & Multi-Asset Research (>$1.4T Scale) | Alternative Investments (PE/HF) | Vendor Selection (Bloomberg/FactSet/Tredence/Equity Data Science) | Ex-BlackRock
March 12, 2024

I had the pleasure of working closely with Gabriel in the Fund of Hedge Funds business at MLIM, where he played an integral role as our go-to expert for all legal matters related to Fund of Funds and Hedge funds. Gabriel's expertise, dedication, and attention to detail were invaluable to our team, and his contributions significantly contributed to our success. I highly recommend Gabriel for his exceptional legal acumen and professionalism. He would be a valuable asset to any organization.

 **Nick Vamvakas** 🛡 · 3rd
Chief Strategy Officer Spearmint Energy
April 20, 2020, Nick worked with Gabriel but on different teams

Gabriel is a solid individual.  He is ethical, stellar work ethic, pragmatic and cares about delivering.  Gabriel easily handles complex legal aspects and challenges while being pro-business.  His grasp and understanding of our industry and the relevant business matters are excellent.  It is a pleasure working and interacting with Gabriel.

Show all →

## Publications

**Developments in Banking Law: 1994 – Tax & Accounting,  14  ANN.  REV.  BANKING  L.  74 (1995)**

**Self-Regulation of Investment Companies and Advisers,  16  ANN.  REV.  BANKING  L.  451 (1997)**

## Languages

**Farsi**

# Interests

Companies  Groups  Newsletters  Schools

 **Haim Givati & Co. Law Offices**
2,081 followers

   + Follow

 **Israel Defense Forces**
129,888 followers

   + Follow

Show all →

Promoted  •••



**Jeffrey, explore relevant opportunities with ING España&Portugal**

Get the latest jobs and industry news

Follow

# More profiles for you

 **Olivia Prescott - MBA, JD, CPA, CFA** · 3rd+
Corporate Attorney at Wachtell, Lipton, Rosen & Katz

   👤+ Connect

 **Leon LaBrecque, JD, CPA, CFP®, CFA** 🛡 · 3rd
Dedicated to Solving Complex Financial Problems & Bettering People's Financial Lives

   + Follow

 **Brian Murphy** 🛡 · 3rd
Global Head of Compliance




**James Lange, JD, CPA** · 3rd
CPA, Lawyer, Bestselling Finance Author & Roth IRA Expert




**Christine Gogan, CFA,CPA,JD** 🛡 · 3rd
--

✈ Message

---

Show all →

---

## Explore Premium profiles


**Savanna Mckamey** 🔗 · 3rd+
Director of Operations at Drenon Jewelry

👤+ Connect


**Maxwell Beretsky** 🔗 · 3rd
COO at Preen Pets Corp

👤+ Connect


**Gusti Rosa** 🔗 · 3rd+
Tour Consultant @ Panorama Tours

👤+ Connect

---

## People you may know
From Gabriel's school


**Howard Magaliff** 🛡 · 2nd
R3M Law, LLP

👤+ Connect


**Ted Berkowitz** 🔗 · 2nd
Partner and General Counsel My posts express my views only and should not be ascribed to my employer or clients or any organization I am affiliated with.

👤+ Connect

 **Ira Herman** 🛡 · 2nd
Partner, Finance, Restructuring and Bankruptcy Practice Group at Blank Rome LLP

&+ Connect

 **Elias Schilowitz** 🛡 · 2nd
Associate General Counsel at InterDigital, focusing on patent licensing

&+ Connect

 **Taruna Garg** · 2nd
Commercial Litigation and Financial Restructuring Partner

&+ Connect

Show all →

## You might like
Pages for you

 **Loeb & Loeb LLP**
Law Practice
23,382 followers

 Noah works here

\+ Follow

 **American Bankruptcy Institute**
Non-profit Organizations
14,541 followers

 Gianfranco & 22 other connections follow this page

\+ Follow

Show all →



Linked in

See
who's
hiring



About

Accessibility

Talent Solutions

Community Guidelines

Careers

Marketing Solutions

Privacy & Terms ▼

Ad Choices

Advertising

Sales Solutions

Mobile

Small Business

Safety Center

LinkedIn Corporation © 2026

? **Questions?**
Visit our Help Center.

⚙ **Manage your account and privacy**
Go to your Settings.

🛡 **Recommendation transparency**
Learn more about Recommended Content.

Select language

English (English) ▼