5 22    Try Premium for $0





# John Franklin · 3rd

Chief of Staff

Investcorp · XLRI Jamshedpur

New York, United States  · **Contact info**

Message      **+ Follow**      More

---

## Activity                                        ( + Follow )

677 followers

### John has no recent posts

Recent posts John shares will be displayed here.

Show all →

---

## Experience



**Chief of Staff**

Investcorp · Full-time

Feb 2025 - Present · 1 yr 6 mos

New York, United States

Chief of Staff to the Executive Chairman, advising on firm-wide strategy across business lines, delivering data-driven insights, driving executive prioritization, and leading high-impact strategic ...



## Managing Partner, Mercury Capital Advisors

Mercury Capital Advisors · Full-time

Nov 2020 - Jan 2025 · 4 yrs 3 mos

New York, United States

Management of overall business, and oversight of various business and operational functions at the Firm, including Origination, Distribution and Project Management.



## INVESTCORP

23 yrs 7 mos

### Managing Director & Institutional Coordinator, Distribution & IR, North America & Europe

Jul 2019 - Oct 2020 · 1 yr 4 mos

New York, United States

Coordination of North America and Europe Institutional Distribution and IR functions responsible ... capital raising across all of Investcorp's product lines: Private Equity, Real Estate, Credit Management…more

### Managing Director & Head of Institutional Sales, North America

Apr 2015 - Jun 2019 · 4 yrs 3 mos

New York, United States

Head of ten-member Institutional Sales Team responsible for capital raising in North America, with a target capital raise of approx. $1 billion per year.

### Chief Operating Officer, Absolute Return Investments

Jul 2011 - Jun 2016 · 5 yrs

New York, United States

Chief Operating Officer (COO) of Absolute Return Investments group with lead responsibility for its financial planning, business development, client relationships and platform infrastructure.

### Investment Analyst & Head of Asset Allocation, Absolute Return Investments

Jul 2003 - Jun 2012 · 9 yrs

New York, United States

Responsible for strategic and tactical asset allocation, portfolio construction and performance benchmarking of fund of funds portfolios at Investcorp

### Business Analyst

Apr 1997 - Jun 2003 · 6 yrs 3 mos

Bahrain

Responsible for project management, business analysis, design and development of applications for Absolute Return Investments and other lines of business.



## Business Analyst

Citicorp

Jun 1992 - May 1996 · 4 yrs

Mumbai / London

Business Analyst responsible for implementing securities solutions at Citibank locations in Eastern

Europe.

# Education



### XLRI Jamshedpur

Master of Business Administration (MBA), Finance and Systems

1990 – 1992



### National Institute of Technology Karnataka

Bachelor of Engineering - BE, Electronics and Communications

1986 – 1990

# Licenses & certifications



### FINRA Series 24, 7 and 63

Issued Aug 2014



### CFA Charter

Issued Jul 2005

# Recommendations

Received       Given (1)

### Nothing to see for now

Recommendations that John receives will appear here.

# Interests

Companies       Schools



### Investcorp Capital

2,844 followers



### Mini Sudoku, a puzzle by LinkedIn

9,898,667 followers

 + Follow               + Follow

---

Show all →



Promoted ···

**Jeffrey, explore relevant opportunities with Huron**

Get the latest jobs and industry news

Follow

# More profiles for you

 **Hari Rajan** 🛡 · 2nd
Managing Partner at Investcorp Corsair

 👤+ Connect

 **Michael Ricciardi** · 3rd
CEO, Managing Partner, and Co-Founder at Mercury Capital Advisors

 ✈ Message

 **Mayank Swarup** 🔲 · 3rd
Managing Director at Keel Harbour

 ✈ Message

 **Vitika Gupta** · 3rd
Secondaries, IndigoEdge | Private Capital Advisory | Ex-Mercury Capital Advisors, FIRSTavenue

 ✈ Message

 **George Casey** 🛡 · 3rd
Chair and CEO, Vantage Group | Transforming the future of airports and transportation infrastructure