5  22    Try Premium for $0



# Matthew Cantore · 3rd

Associate Vice President at Investcorp

Investcorp · Pace University - Lubin School of Business

West Islip, New York, United States  · **Contact info**

Message    **+ Follow**    More

## Activity                              + Follow

1,365 followers

### Matthew has no recent posts

Recent posts Matthew shares will be displayed here.

Show all →

## Experience

 **Associate Vice President**
Investcorp · Full-time
Jul 2023 - Present · 3 yrs 1 mo
United States · On-site

 **Assistant Controller**
Mercury Capital Advisors
Aug 2020 - Jul 2023 · 3 yrs

Aug 2020 - Jul 2023 · 3 yrs
New York, New York, United States

 **BDO USA, LLP**
3 yrs

**Senior Audit Associate, Financial Services**
Jul 2019 - Aug 2020 · 1 yr 2 mos

**Audit Associate, Financial Services**
Sep 2017 - Jul 2019 · 1 yr 11 mos
Greater New York City Area

# Education

 **Pace University - Lubin School of Business**
Accounting

# Licenses & certifications

 **Certified Public Accountant (CPA)**
New York State Education Department
Issued Sep 2023
Credential ID 142358

 **Microsoft Office Specialist Excel 2013**
Certiport - A Pearson VUE Business
Issued Mar 2016

( Show credential ⎗ )

# Skills (18)

**Auditing**

 16 endorsements

**Accounting**

 Endorsed by 3 colleagues at BDO USA

 17 endorsements

Show all →

## Interests

Top Voices     Companies     Groups     Schools

 **Kevin O'Leary**  · 3rd
Chairman, O'Leary Ventures and Beanstox
4,586,511 followers

+ Follow



Ad ···

Build a brand online. Start with a GoDaddy domain.

Learn more

## More profiles for you

 **Steven Peller** 🛡 · 3rd
Associate Vice President at Investcorp

⇗ Message

 **Christian Norton, CFA**  · 3rd
Investcorp - GP Staking