# Jeffrey Chubak

| | |
|---|---|
| **From:** | Ariel  Moore |
| **Sent:** | Tuesday, July 28, 2026 9:21 PM |
| **To:** | Jantzi, Adam J.; Karlan, Mitchell A.; Jeffrey Chubak |
| **Cc:** | Sydney Calhoun; Ajarar, Najatt |
| **Subject:** | Re: Mercury |

We requested the passwords from Smarsh on Thursday.  Smarsh acknowledged the request but we have yet to receive any passwords.  From the title of the documents we think we're missing a lot.  Approximately half of the PSTs are labeled from around 2010-12, and the unlabeled ones don't appear to be for custodians we're most interested in (key officers e.g. Franklin John etc.). The most recent PST is from 2021.

The RFA drive is missing significant documentation particularly from the 2023-24 timeframe we are most concerned about.  Among other things, there's: no PSTs for 2022-24, many custodians are missing (key officers); there's limited audit info for 2023, none for 2024; there's limited factoring documentation, none for 2023-24.  While we have financial records that were produced to the accountant, the RFA file is notably missing a significant volume of same, for example bank statements end June 2023, cash projections end 2021 (and are password protected), there's only QuickBooks for 2010-11 etc.

We'll circulate a Zoom invite for 10:30 tomorrow, if that doesn't work for you let me know we'll find a time that does.  We're available other than 3-6.



## AMINI LLC · Ariel Moore
*Associate*

This email may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Jantzi, Adam J. <AJantzi@gibsondunn.com>
**Sent:** Tuesday, July 28, 2026 2:01 PM
**To:** Karlan, Mitchell A. <MKarlan@gibsondunn.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Sydney Calhoun <scalhoun@aminillc.com>; Ajarar, Najatt <NAjarar@gibsondunn.com>; Ariel Moore <amoore@aminillc.com>
**Subject:** RE: Mercury

Jeff,

We have exhausted avenues to find the Smarsh passwords internally.  We are now in the process of reaching out to Smarsh directly to see if we can get the passwords from them, under the assumption that you have not been able to obtain them that way.  We hope that this will be productive.  We are also eager to hear from you about the scope of documents you were able to obtain from the RFA drive.

In any case, would you be available either this evening or tomorrow to discuss the path forward?

Regards,

**Adam J. Jantzi**
Associate Attorney

T: +1 212.351.2436 | M: +1 212.729.1722
AJantzi@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Karlan, Mitchell A. <MKarlan@gibsondunn.com>
**Sent:** Thursday, July 23, 2026 2:32 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Sydney Calhoun <scalhoun@aminillc.com>; Ajarar, Najatt <NAjarar@gibsondunn.com>; Jantzi, Adam J. <AJantzi@gibsondunn.com>; Ariel Moore <amoore@aminillc.com>
**Subject:** Re: Mercury

We have.  We are looking but I am thinking that the former Mercury folks would know it?
**Mitchell A. Karlan**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3827 • Fax +1 212.351.5254
MKarlan@gibsondunn.com • www.gibsondunn.com

On Jul 23, 2026, at 2:27 PM, Jeffrey Chubak <jchubak@aminillc.com> wrote:

Do you want to ask Franklin John who is most likely to have the passwords?

**From:** Karlan, Mitchell A. <MKarlan@gibsondunn.com>
**Sent:** Thursday, July 23, 2026 2:12 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Sydney Calhoun <scalhoun@aminillc.com>; Ajarar, Najatt <NAjarar@gibsondunn.com>; Jantzi, Adam J. <AJantzi@gibsondunn.com>; Ariel Moore <amoore@aminillc.com>
**Subject:** Re: Mercury

Do
Any of the former Mercury folks know it
**Mitchell A. Karlan**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3827 • Fax +1 212.351.5254
MKarlan@gibsondunn.com • www.gibsondunn.com

On Jul 23, 2026, at 1:12 PM, Jeffrey Chubak <jchubak@aminillc.com> wrote:

No

**From:** Karlan, Mitchell A. <MKarlan@gibsondunn.com>
**Sent:** Thursday, July 23, 2026 1:01 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Sydney Calhoun <scalhoun@aminillc.com>; Ajarar, Najatt <NAjarar@gibsondunn.com>; Jantzi, Adam J. <AJantzi@gibsondunn.com>; Ariel Moore <amoore@aminillc.com>
**Subject:** Re: Mercury

Can an it person crack it open without the password
**Mitchell A. Karlan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3827 • Fax +1 212.351.5254
MKarlan@gibsondunn.com • www.gibsondunn.com

On Jul 23, 2026, at 12:18 PM, Jeffrey Chubak <jchubak@aminillc.com> wrote:

Adding Mitchell, Adam and Ariel to this thread.  Please see below that we need passwords to open files.

---

**From:** Sydney Calhoun <scalhoun@aminillc.com>
**Sent:** Thursday, July 23, 2026 12:10 PM
**To:** Ajarar, Najatt <NAjarar@gibsondunn.com>
**Cc:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Mercury

Hi Najatt,

I wanted to follow up and see if you have been able to find the password for the zip files?

Thank you,

<image001.png>

131 W 35th St.
12th floor
New York, NY 10001

**Sydney Calhoun**
*Director of Operations & Paralegal Team Lead*

<image002.png>
 +1.212.490.4700
<image003.png>
 scalhoun@aminillc.com
<image004.png>
 aminillc.com

<image005.png>

---

**From:** Ajarar, Najatt <NAjarar@gibsondunn.com>
**Date:** Tuesday, July 21, 2026 at 2:19 PM
**To:** Sydney Calhoun <scalhoun@aminillc.com>

**Cc:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** RE: Mercury

Hi Sydney, I will investigate and get back to you.

**Najatt Ajarar**
Associate Attorney

T: +1 332.253.7628 | M: +1 347.503.5107
NAjarar@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Sydney Calhoun <scalhoun@aminillc.com>
**Sent:** Tuesday, July 21, 2026 1:20 PM
**To:** Ajarar, Najatt <NAjarar@gibsondunn.com>
**Cc:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Mercury

Hi Najatt,

Thank you again for delivering the drives. I had no issues accessing the RFA backup but the zip files in the two Smarsh backups are password protected. Would you be able to provide the password(s) needed to access the zip files?

**Smarsh Backup 1 (10975_Mercury Capital _02314045_D1)**

Email folder – All 1,959 zip files are password protected

Social folder – All 10 zip files are password protected

**Smarsh Backup 2 (10976_MercuryCapital_02314045_D2)**

Email folder – All 18 zip files are password protected

Web folder – All 2 zip files are password protected

Thank you,

<image001.png>

131 W 35th St.
12th floor
New York, NY 10001

**Sydney Calhoun**
*Director of Operations & Paralegal Team Lead*

<image002.png>
 +1.212.490.4700
<image003.png>

scalhoun@aminillc.com
&lt;image004.png&gt;
aminillc.com
&lt;image005.png&gt;

**From:** Sydney Calhoun &lt;scalhoun@aminillc.com&gt;
**Date:** Tuesday, July 21, 2026 at 11:47 AM
**To:** Ajarar, Najatt &lt;NAjarar@gibsondunn.com&gt;
**Cc:** Jeffrey Chubak &lt;jchubak@aminillc.com&gt;
**Subject:** Re: Mercury

Hi Najatt,

That works on our end.

Thank you,

&lt;image001.png&gt;

131 W 35th St.
12th floor
New York, NY 10001

**Sydney Calhoun**
*Director of Operations & Paralegal Team Lead*

&lt;image002.png&gt;
+1.212.490.4700
&lt;image003.png&gt;
scalhoun@aminillc.com
&lt;image004.png&gt;
aminillc.com
&lt;image005.png&gt;

**From:** Ajarar, Najatt &lt;NAjarar@gibsondunn.com&gt;
**Date:** Tuesday, July 21, 2026 at 11:45 AM
**To:** Sydney Calhoun &lt;scalhoun@aminillc.com&gt;
**Cc:** Jeffrey Chubak &lt;jchubak@aminillc.com&gt;
**Subject:** RE: Mercury

You don't often get email from najarar@gibsondunn.com. Learn why this is important

Hi Sydney, I'll stop by to drop the drives off at around 12:10 pm today. Let me know if that works on your end.

Thanks,

**Najatt Ajarar**
Associate Attorney

T: +1 332.253.7628 | M: +1 347.503.5107
NAjarar@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

**From:** Ajarar, Najatt
**Sent:** Monday, July 20, 2026 4:23 PM
**To:** 'Sydney Calhoun' <scalhoun@aminillc.com>
**Cc:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** RE: Mercury

Thanks Sydney, as discussed over the phone, we will bring by the drives tomorrow morning.

Best,
Najatt

**Najatt Ajarar**
Associate Attorney

T: +1 332.253.7628 | M: +1 347.503.5107
NAjarar@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Sydney Calhoun <scalhoun@aminillc.com>
**Sent:** Monday, July 20, 2026 4:12 PM
**To:** Ajarar, Najatt <NAjarar@gibsondunn.com>
**Cc:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Mercury

Hi Najatt,

I left you a voicemail message about the drives and delivery. Please feel free to give me a call back when convenient. My cell number is (205) 201-3138.

Thank you,

<image001.png>

131 W 35th St.
12th floor
New York, NY 10001

**Sydney Calhoun**
*Director of Operations & Paralegal Team Lead*

<image002.png>
 +1.212.490.4700
<image003.png>
 scalhoun@aminillc.com
<image004.png>
 aminillc.com

<image005.png>