**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MERCURY CAPITAL ADVISORS GROUP GP, LLC<br>Debtor. | Chapter 7<br>Case 24-12326 (DSJ) |
| In re:<br>MERCURY CAPITAL ADVISORS GROUP, LP<br>Debtor. | Chapter 7<br><br>Case 24-12327 (DSJ) |
| In re:<br>MERCURY CAPITAL ADVISORS, LLC<br>Debtor. | Chapter 7<br><br>Case 24-12328 (DSJ) |

**ORDER PURSUANT TO FRBP 2004 AUTHORIZING EXAMINATION OF INVESTCORP INTERNATIONAL, INC. AND PRODUCTION OF DOCUMENTS**

Upon the application dated June 26, 2026 (the "Application") of Yann Geron, solely in his capacity as Chapter 7 trustee ("Trustee") of Mercury Capital Advisors Group, LP, Mercury Capital Advisors Group GP, LLC and Mercury Capital Advisors, LLC (together, the "Debtors") for an order pursuant to FRBP 2004 directing the production of documents by and oral examination of Investcorp International, Inc. ("Investcorp"), by any director, officer or employee thereof about the examination topics attached to the Application as Exhibit 1 ("FRBP 2004 Topics"); and a hearing having been held August 13, 2026 on the Application and Investcorp's objection thereto; and upon the representation of Investcorp's counsel at the hearing that Investcorp is not, and has never been, custodian of the Debtor entities' records, and does not have access to or copies of the servers containing the Debtor entities' emails and documents; and after due deliberation, the Court having concluded that the Trustee has established sufficient cause for the relief granted herein; and no additional notice being required except as specified herein; now, therefore, it is hereby

ORDERED that:

1. The Trustee is authorized to conduct an oral examination of Investcorp, by any director, officer or employee thereof who is most knowledgeable about the FRBP 2004 Topics.

2. The Trustee is authorized, pursuant to FRBP 9016, to issue subpoenas for the production of documents relevant to the FRBP 2004 Topics and attendance for the foregoing examination (each, a "FRBP 2004 Subpoena").

3. Following service of the Subpoena, Investcorp shall issue responses and objections within 14 days. The parties will meet and confer to attempt to resolve any remaining disagreements about scope and timing.

4. Investcorp shall produce the documents including electronically stored information in its possession, custody or control referenced in the FRBP 2004 Subpoena, as limited by this Order and by the Parties' agreement, within a reasonable time, to be delivered to the Trustee's special litigation counsel, Amini LLC, 131 West 35th Street, 12th Floor, New York, NY 10001, Attn: Ariel Moore.

5. Investcorp, by any director, officer or employee thereof who is most knowledgeable about the FRBP 2004 Topics, shall appear for the foregoing examination at a mutually agreeable time at a mutually agreeable place.

6. The production and examination required hereby are subject to any applicable privilege; provided, that if production of a document required to be produced hereby is withheld on the basis of an asserted privilege, Investcorp shall provide a proper privilege log to the Trustee's special litigation counsel within a reasonable time following the production of documents hereunder.

7. Investcorp shall, prior to conducting an electronic search utilizing search terms, meet and confer with the Trustee's special litigation counsel to attempt to agree on appropriate search terms. Search terms shall be appropriately limited, and Investcorp reserves all rights to make any objections, including, but not limited to, objections based on relevance and/or burden. Investcorp also reserves the right to seek appropriate relief from the Court.

8. Notwithstanding anything to the contrary herein:

(a) Investcorp's search obligations with respect to emails shall be limited to emails concerning the Debtors that are located on Investcorp's own systems and servers, and not systems and servers of the Debtors.

(b) Investcorp shall produce its own copies of transactional documents related to the loan and the receivables transactions referenced in the FRBP 2004 Subpoena.

(c) For the avoidance of doubt, Investcorp shall have no obligation to produce to the Trustee, in response to the FRBP 2004 Subpoena, documents in its possession, custody or control responsive to Document Requests #5, #9, #13, #19, or #20 (included in Exhibit 1).

9. All disputes concerning FRBP 2004 Subpoenas, including objections thereto, that are not resolved by agreement of the parties may be raised only by letter brief to the Court not exceeding five pages, single spaced. The other party shall file a responsive letter brief within three business days, which shall not exceed five pages, single spaced. Copies of such letter briefs shall also be emailed to the Court's chambers.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
August 25, 2026

*s/ David S. Jones*

HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE